# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 4, 2014

## NO. 03-11-00102-CV

**Sierra Club, Appellant**

**v.**

**Texas Commission on Environmental Quality and Waste Control Specialists, Appellees**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the district court on January 18, 2011. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment. Therefore, the Court affirms the district court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.